# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOES 1-42, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:12-cv-06677 |

## NOTICE OF PRESENTMENT

Notice is given that on September 12, 2012 in Courtroom No. 1225, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, before the Honorable John Z. Lee at 9:15 AM of that day or as soon thereafter as counsel can be heard, that Plaintiff Malibu Media, LLC. will seek to have its Motion for the entry of an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference heard.

The motion will be made on the grounds that the order is necessary to obtain the true identities of Defendants John Does 1 – 42.

Dated: September 5, 2012

                                                            Respectfully submitted,

                                                            NICOLETTI & ASSOCIATES, PLLC

                  By:   /s/ *Paul J. Nicoletti*
                              Paul J. Nicoletti, Esq. (P44419)
                              36880 Woodward Ave, Suite 100
                              Bloomfield Hills, MI 48304
                              Tel: (248) 203-7800
                              Fax: (248) 203-7801
                              E-Fax: (248) 928-7051
                              Email: paul@nicoletti-associates.com
                              *Attorneys for Plaintiff*