# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC

                      Plaintiff,

v.                                        Case No.: 1:12–cv–06677
                                                    Honorable John Z. Lee

John Does 1–42

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 2, 2012:

      MINUTE entry before Honorable John Z. Lee: Motion hearing held on 10/2/12. Plaintiff's motion for leave to serve third party subpoenas prior to a Rule 26(f) conference [7] is granted.. The information requested in the subpoena shall be limited to: name, address, telephone number, email address and Media Access Control number. Status hearing set for 12/5/12 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.