**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-06677 |
| | : | |
| JOHN DOES 1-42, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE 12, JOHN DOE 30 AND JOHN DOE 37 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 12, John Doe 30 and John Doe 37 ("Defendants"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 12 was assigned the EP Address 67.162.45.236, John Doe 30 was assigned the IP Address 71.239.34.126 and John Doe 37 was assigned the IP Address 98.226.37.69. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 12, John Doe 30 and John Doe 37 have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November ____, 2012

Respectfully submitted,

By: ___/s/ *Paul J. Nicoletti*___
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                      By: /s/ *Paul J. Nicoletti*
                                                     Paul J. Nicoletti