IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 12 cv 06677 |
| | ) | |
| vs | ) | Judge John Z. Lee |
| | ) | |
| JOHN DOES 1 - 42 | ) | |
| | ) | |
| Defendants | ) | |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO
SERVE DEFENDANTS WITH A SUMMONS AND COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendants with a Summons and Complaint, and states:

1.  This is a copyright infringement case against forty two (42) John Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2.  There are two ISPs in the case: (1) Comcast Cable (41 Doe Defendants); and (2) WideOpenWest (1 Doe Defendant).

3.  On October 3, 2012, Plaintiff served each ISP with a third party subpoena demanding that they provide the identifying information for the Doe Defendants. The response date for these subpoenas was November 19, 2012.

4.  Plaintiff has learned the identities for all the Defendants, with the exception of John Does 29, 38 and 41. Comcast withheld the identities for John Does 29 and 38 because these Defendants filed a motion to quash which remain pending before the Court [Dkt. 18, 20, and 22]. Comcast will not release the movants' identities

until after the motion has been adjudicated. Comcast has advised that they require additional time to identify John Doe 41.

5. Pursuant to Rule 4(m), Plaintiff has until December 18, 2012, to effectuate service of the summons and Complaint upon each Doe Defendant. As Plaintiff is not in possession of all the Defendants' identities, it was unable to properly complete service on them in accordance with Rule 4(m).

6. Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on the Defendant be extended until at least thirty (30) days after this Court enters a ruling on the pending motions. Such extension will allow undersigned sufficient time within which to obtain the movants' identities, should the Court rule in Plaintiff's favor, confer with Plaintiff regarding service, and prepare the appropriate pleadings to effectuate service on the Defendants.

WHEREFORE, Plaintiff respectfully requests that the time within it must serve the Defendants with a summons and Complaint be extended until thirty days after this Court's ruling on the pending motions [Dkt. 18, 20, and 22].

Dated: December 26, 2012

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

            By:  <u>/s/ *Mary K. Schulz*</u>