**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Malibu Media, LLC

                        Plaintiff,

v.                                             Case No.: 1:12–cv–06677
                                                Honorable John Z. Lee

John Does 1–42, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2013:

      MINUTE entry before Honorable John Z. Lee: Motion hearing held on 1/8/13. Plaintiff's motion for extension of time within which it has to serve defendants with a summons and complaint [41] is granted. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.